# IN THE SUPREME COURT OF ALABAMA



August 22, 2025

SC-2025-0104

Ex parte Highland Health Systems, Mickey Turner, and Allen Stokes PETITION FOR WRIT OF MANDAMUS  (In re: Sandra Weyerman and Stefanie Blackwell v. Highland Health Systems, Mickey Turner, and Allen Stokes) (Calhoun Circuit Court: CV-24-900370).

## <u>ORDER</u>

The petition for writ of mandamus in this cause is denied.

LEWIS, J. -- Stewart, C.J., and Shaw, Wise, Bryan, Sellers, Mendheim, Cook, and McCool, JJ., concur.

**Witness my hand on August 22, 2025.**

**Clerk of Court,**
**Supreme Court of Alabama**